IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03388-BNB

REGINA SERNA, as Individual,

    Plaintiff,

v.

3N, INC. an Iowa Corporation, dba ASI Modulex, dba Sign Systems of Colorado, dba ASI Sign Innovations of Colorado,

    Defendant.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1D.  Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED January 10, 2012, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge