**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 11-cv-03388-REB-KMT | Date: | May 7, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

REGINA SERNA,

    Plaintiff,

v.

3N, INC., an Iowa Corporation, d/b/a LATIMER ASSOCIATES, INC., d/b/a ASI MODULEX, d/b/a ASI SIGN SYSTEMS OF COLORADO, d/b/a ASI SIGN INNOVATIONS OF COLORADO,

    Defendant.

Thomas J. Arckey
Ben Lebsack

Kevin P. Ahearn

## COURTROOM MINUTES

**Hearing on Motion to Compel**

**1:30 p.m.**    **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding Plaintiff's Motion to Compel Discovery and for Sanctions [34].

1:31 p.m.    Argument by Mr. Arckey.

2:33 p.m.    Argument by Mr. Ahearn.

3:10 p.m.    Rebuttal argument by Mr. Arckey.

Court states findings of fact and conclusions of law.

**ORDERED**: **Plaintiff's Motion to Compel Discovery and for Sanctions [34] is DENIED.**

**3:55 p.m.**    **Court in recess.**
Hearing concluded.
Total in-court time    02:25

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.