**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-03388-REB-KMT

REGINA SERNA,

    Plaintiff,

v.

3N, INC., an Iowa corporation, d/b/a ASI Modulex, d/b/a ASI Sign Systems of Colorado, d/b/a ASI Sign Innovations of Colorado,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal** [#52][1] filed June 19, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and this action be dismissed with prejudice, with each party to bear her or its own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal** [#52] filed June 19, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set June 28, 2013, are **VACATED**;

3. That the jury trial set to commence July 15, 2013, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 20, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge